AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID EARL RAY GALLEGOS,
*Plaintiff*
v.

KARL SEELY, SHANTELL ACOSTA, and HEATHER CROFT,
*Defendant*

Civil Action No. 4:26-cv-5151-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECFNo. 9, is GRANTED. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: October 20th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*